IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA             PLAINTIFF/RESPONDENT

     v.        No. 5:09-cr-50119

MARIO JUAREZ-REYES                DEFENDANT/PETITIONER

**O R D E R**

Now on this 24th day of June 2013, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #45), filed on May 22, 2013, to which no objections have been made. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (document #45) is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, the petitioner's **Motion to Vacate under 28 U.S.C. § 2255** (document #37) is hereby **denied**, and this matter is **dismissed with prejudice**. A certificate of appealability is **denied**, as the petitioner has failed show any basis for one.

**IT IS SO ORDERED.**

                                               /s/ Jimm Larry Hendren
                                               **JIMM LARRY HENDREN**
                                               **UNITED STATES DISTRICT JUDGE**